UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIANCE INSURANCE COMPANY,

        Plaintiff,                               Case No. 06-11548
                                                     Hon. Marianne O. Battani

v.

TRISS CORPORATION,

        Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO PRECLUDE
DEFENDANT'S EXPERT, BRIAN CHANCE**

Before the Court is Plaintiff's Motion to Preclude Defendant's Expert, Brian Chance (Doc. No. 41). For reasons more fully stated on the record at a hearing held on February 8, 2008, the Court **DENIES** the motion.

      **IT IS SO ORDERED.**

                                                     s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     UNITED STATES DISTRICT JUDGE

Dated: February 11, 2008

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

                                                     s/Bernadette M. Thebolt
                                                     Deputy Clerk